

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00134-CV

### Trial Court No. 2012-1842-A

**American Idol, General, LP d/b/a The REO, and Randy Hanson a/k/a Randall Hanson**

**Vs.**

**Pither Plumbing Co., Inc.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Tammy Williams |
| Supplemental clerk's record | $67.00 | T. JOHN WARD JR. |
| Motion fee | $10.00 | Ken W Good |
| Motion fee | $10.00 | Ken W Good |
| Reporter's record | $215.00 | Moran Law Firm |
| Clerk's record | $256.00 | MORAN LAW FIRM |
| Required Texas.gov efiling fee | $20.00 | Moran Law Firm |
| Indigent | $25.00 | Moran Law Firm |
| Filing | $100.00 | Moran Law Firm |
| Supreme Court chapter 51 fee | $50.00 | Moran Law Firm |
| **TOTAL:** | $763.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 10th day of July 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk